FILED
2016 MAR -9  AM 11:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 16- CR16-0130 |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |
| MANUEL RAMIREZ, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 39A]

On or about February 27, 2015, in Los Angeles County, within the Central District of California, defendant MANUEL RAMIREZ knowingly aimed the beam of a laser pointer at an aircraft, namely a Rotocraft 500N helicopter, tail #N103CG, owned by the City of Burbank and jointly operated by the Burbank Police Department and Glendale Police

//

//

//

Department, in the special aircraft jurisdiction of the United States, and in the flight path of said aircraft.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Acting Chief, General Crimes Section

DOUG M. MILLER
Assistant United States Attorney
Deputy Chief, General Crimes Section

KIMBERLY D. JAIMEZ
Assistant United States Attorney
General Crimes Section